```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| RONALD K. MATHISON, | ) | 3:09-CV-00277-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: JUNE 22, 2010 |
| | ) | |
| STEPHANIE HUMPHREY, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

PRESENT:     EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN       Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On May 25, 2010, the Magistrate Judge filed a Report and Recommendation (#28) recommending that Defendant Humphrey's Motion to Dismiss (#14) be granted without prejudice, that Defendant Humphrey be dismissed in her official capacity without prejudice, and that Plaintiff's Motion for Summary Judgment (#22) and Motion to Supplement (#26) be denied as moot.

    No objections were timely filed to the Report and Recommendation (#28). Plaintiff's objections (#29) were not timely filed, and in any case do not change the analysis of the merits of the pending motions. The Report and Recommendation (#28) is well taken and **IT IS HEREBY ORDERED** that the Report and Recommendation (#28) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY ORDERED** that Defendant Humphrey's Motion to Dismiss (#14) is **GRANTED** without prejudice, that Defendant Humphrey is **DISMISSED** in her official capacity without prejudice, and that Plaintiff's Motion for Summary Judgment (#22) and Motion to Supplement (#26) are **DENIED** as moot. The Clerk shall enter judgment accordingly.

                                                 LANCE S. WILSON, CLERK

                                                 By         /s/
                                                        Deputy Clerk